**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JAMINE KEYES, | No. C 03-0254 |
| Petitioner, | **ORDER GRANTING CERTIFICATE OF APPEALABILITY** |
| v. | |
| MICHAEL YARBROUGH | |
| Respondent. | |

This matter comes before the Court on Petitioner's request, pursuant to 28 U.S.C. § 2253, for a Certificate of Appealability ("COA") limited to his confrontation clause claim. [Docket No. 21]. The Court HEREBY GRANTS the COA.

**IT IS SO ORDERED.**

Dated: 8-22-05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE